447 A.2d 659

Commonwealth v. Allen a/k/a Hutchinson, Appellant.

Petition for Allowance of Appeal Denied Nov. 15, 1982.

Submitted November 4, 1981.  Thomas L. McGill, Jr., for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Judgments of sentence affirmed.